ACCEPTED
04-14-00786-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/7/2015 2:58:15 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00786-CV

**IN THE FOURTH COURT OF APPEALS**
**SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/7/2015 2:58:15 PM
KEITH E. HOTTLE
Clerk

**DON C. RESER,**
*Appellant*

**V.**

**WINIFRED BISHOP, INDIVIDUALY, AS EXECUTOR OF THE ESTATE**
**OF LUELLA C. HARDIE, AND AS TRUSTEE OF THE DON C. RESER**
**TRUST**
*Appellee*

**Appealed from Probate Court No. 2, Bexar County, Texas**

**APPELLANT DON C. RESER'S NOTICE TO THE COURT OF**
**DESIGNATION OF CLERK'S RECORD AND CLERK'S FEE**

Robert P. Wilson
State Bar No.: 21718575
rwlawoffice@yahoo.com
LAW OFFICES OF ROBERT P. WILSON
26545 IH-10 West, Suite 150
Boerne, Texas 78006
(210)-698-1933 Telephone
(210)-694-1944 Facsimile
ATTORNEY FOR APPELLANT
DON C. RESER

1

## APPELLANT DON C. RESER'S NOTICE TO THE COURT OF DESIGNATION OF CLERK'S RECORD AND CLERK'S FEE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Appellant Don C. Reser and files this Notice to the Clerk of Designation of Clerk's Record and Clerk's Fee, and in support would respectfully show:

1. Appellant, through Counsel, has filed the required Designation of Clerk's Record with the Probate Clerk of Bexar County, Texas.

2. Appellant has made arrangements with the Clerk to pay the Clerk's fee for preparing the record.

Respectfully Submitted,

**LAW OFFICES OF ROBERT P. WILSON**

By:  _/s/ Robert P. Wilson_____
Robert P. Wilson
SBN: 21718575
26545 IH-10 West, Suite 150
Boerne, Texas 78006
(210)-698-1933 Telephone
(210)-694-1944 Facsimile
RWlawoffice@yahoo.com
Attorney for Appellant Don C. Reser

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document, Appellant Don C. Reser's Notice to the Court of Designation of Clerk's Record and Clerk's Fee, was served those listed below on January 7, 2015 as follows:

James T. Clancy, Jr.
Clinton W. Twaddell, III
Scott Sherman
BRANSCOMB, P.C
802 N. Caranchua, Suite 1900
Corpus Christi, TX 78401-0036
Telephone: (361) 886-3800
Fax: (512) 735-7805
ctwaddell@branscombpc.com
jclancy@branscombpc.com
ssherman@branscombpc.com

Lawrence J. Souza
LAW OFFICES OF LAWRENCE J. SOUZA
802 S. Saint Mary's Street
San Antonio, Texas 78205
souza8@yahoo.com

Audrey Mullert Vicknair
LAW OFFICE OF AUDREY MULLERT VICKNAIR
802 N. Carancahua, Ste 1350
Corpus Christ, Texas  78401-0022
avicknair@vicknairlaw.com

_/s/ Robert P. Wilson_____
Robert P. Wilson